UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HEATON SPITTERS,

    Plaintiff,

v.

LAURENCE L. SPITTERS, et al.,

    Defendants.

Case No. 18-cv-07232-JCS

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Good cause having been shown, Plaintiff Thomas Heaton Spitters's application to proceed in forma pauperis is GRANTED.

Spitters has filed numerous cases in this Court, primarily within the last year, all of which either have been dismissed sua sponte or currently have recommendation pending for dismissal.[1] Spitters was given opportunities to cure his defective filings in each of those cases. As Spitters should by now be well aware, in order to proceed in federal court, a complaint must include sufficient factual allegations to state a plausible claim within the court's subject matter jurisdiction. *See generally, e.g.*, *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Spitters initiated the current action by filing a document captioned as a "Memorandum to the Court" that reads, in full, as follows:

> MEMORANDUM TO THE COURT \* NOVEMBER 25, 2018
> To : UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CA, CLERK
> Fr : THOMAS HEATON SPITTERS, PLAINTIFF
> Re : PRESENT FILING BEFORE THE COURT
>
> PLEASE NOTE THE ILLEGAL PARTIES, DEFENDANTS,

---

[1] *Spitters v. Huang*, No. 18-cv-6608-JD (report and recommendation for dismissal currently pending); *Spitters v. Cal. State Univ.*, No. 18-cv-5653-JST (report and recommendation for dismissal currently pending); *Spitters v. Miceli*, No. 18-cv-4917-WHA (dismissed Oct. 16, 2018); *Spitters v. Spitters*, No. 18-cv-4824-JD (dismissed with leave to amend Oct. 24, 2018); *Spitters v. Blue Cross of CA*, No. 18-cv-4360-BLF (dismissed Nov. 13, 2018); *Spitters v. Psynergy*, No. 18-cv-3639-PJH (dismissed Sept. 10, 2018); *Spitters v. Santa Clara County*, No. 18-cv-2760-BLF (dismissed Dec. 3, 2018); *Spitters v. Loebner*, No. 18-cv-2759-BLF (dismissed Oct. 11, 2018); *Spitters v. Spitters*, No. 17-cv-7306-EMC (dismissed Mar. 19, 2018); *Spitters v. Unknown*, No. 15-cv-4902-PJH (dismissed June 20, 2016).

> NAMES AND NAMED, AND BY ASSOCIATED IN THE ACCOMPANYING FILING AT PRESENT ENGAGE AND HAVE A HISTORY OF ENGAGING IN VARIOUS FORMS OF TRAFFICKING, INCLUDING HUMAN TRAFFICKING AND THE DRUG TRADE, AND OTHER FORMS OF TRAFFICKING IN CONTRABAND AND OTHER ILLEGAL GOODS. PLAINTIFF ALLEGES THESE DEFENDANTS AND THEIR ASSOCIATES, AND PURSUING AND PURSUANT TO A PLAN DID* AND HAVE A HISTORY OF ENRICHING THEMSELVES BY METHODOLOGICALLY PLUNDERING AND EXTRACTING, USING ILLEGAL METHODS, ACTS AND ACTIVITIES, AND AS A FREQUENTLY AS~~T~~ MUTUAL AND OTHER COLLUSIVE PLANS PERMIT, PLAINTIFF'S CASH, PERSONAL OBJECTS AND PROPERTY, INVESTMENT ASSETS AND PROPERTY, EQUIPMENT AND GOODS AND OTHER PROPERTY, AND ATTRIBUTED ASSETS AND PROPERTY AS WELL.
>
> PLAINTIFF REQUESTS OF THE COURT TO TAKE THIS INTO CONSIDERATION IN ITS INTAKE OF THIS FILING. PLEASE PARDON TYPOGRAPHICAL ERRORS.
>
> BY,
>
> /s/THOMAS HEATON SPITTERS
>
> DATE : NOVEMBER 25, 2018
>
> * AND PRESENTLY DO, …

Dkt. 1 ("/s/" and ellipsis in original). An accompanying filing lists approximately forty defendants and states that Spitters' allegations "INCLUDE . . . BUT ARE NOT LIMITED TO" violations of several named statutes, "[c]ertain provisions of" several titles of the United States Code, and Spitters's rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution, "et seq." Dkt. 2.

Spitters's assertions consist solely of "legal conclusions" and "mere conclusory statements," *see Iqbal*, 556 U.S. at 678, and, among other defects, fail to identify any particular conduct by any particular defendant. Spitters is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed without leave to amend as frivolous and for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B). Spitters may file a response to this order no later than January 4, 2019.

**IT IS SO ORDERED.**

Dated: December 5, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge